| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herndon, David R. | U.S. District Court Southern District of Illinois | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1, Assets No 22-90 |
| 2. Trustee | Trust #2, Assets No 91-131 |
| 3. Trustee | Trust #3, Assets No 132-172 |
| 4. Trustee | Trust #4, Assets No 173-193 |
| 5. Trustee | Trust #5 Assets No 194-214 Trust #6 Assets No 215-225 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Herndon, David R.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | HB Litigation Conferences LLC | June 28, 2010 | Philadelphia PA | Speaker: Mass Torts Forum | Air fare, taxi, meal, airport parking |
| 2. | American Conference Institute | December 8, 2010 | New York, NY | Speaker: Drug & Medical Device Litigation Conference | Air fare, taxi, airport parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | First Clover Leaf Bank checking acct | B | Interest | K | T | | | | | |
| 2. | IRA Account Pershing IRA Account | C | Dividend | M | T | | | | | assets listed below |
| 3. | - (IRA) CVS Caremark Corp | | | | | Sold | 07/19/10 | K | A | |
| 4. | - (IRA) Jarden Corp Sr Sub Nt 7.5% 5/1/17 | | | | | Buy | 09/23/10 | J | | |
| 5. | - (IRA) First Horizon Natl Corp | | | | | | | | | |
| 6. | - (IRA) First Horizon Natl Corp | | | | | Spinoff<br>(from line 5) | 01/04/10 | J | | dividd pd in fractional<br>sh |
| 7. | - (IRA) First Horizon Natl Corp | | | | | Spinoff<br>(from line 5) | 04/01/10 | J | | no $value until<br>fraction=1 |
| 8. | - (IRA) First Horizon Natl Corp | | | | | Spinoff<br>(from line 5) | 07/01/10 | J | | dividd pd in fractional<br>sh |
| 9. | - (IRA) First Horizon Natl Corp | | | | | Spinoff<br>(from line 5) | 10/01/10 | J | | dividd pd in fractional<br>sh |
| 10. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff<br>(from line 14) | 02/12/10 | J | | dividd pd in fractional<br>sh |
| 11. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff<br>(from line 14) | 05/14/10 | J | | no $value until<br>fraction=1 |
| 12. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff<br>(from line 14) | 08/13/10 | J | | dividd pd in fractional<br>sh |
| 13. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff<br>(from line 14) | 11/12/10 | J | | dividd pd in fractional<br>sh |
| 14. | - (IRA) Kinder Morgan Mgmt | | | | | | | | | |
| 15. | - (IRA) MicroSoft Corp | | | | | | | | | |
| 16. | - (IRA) ProShares UltraShort Lehman 20+<br>TBT | | | | | | | | | |
| 17. | - (IRA) Omnicom Group Inc | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - (IRA) Research in Motion | | | | | Sold | 10/15/10 | J | | |
| 19. - (IRA) TransOcean LTD | | | | | Buy (add'l) | 05/24/10 | K | | |
| 20. - (IRA) Annaly Cap Mment Inc REIT | | | | | Buy | 07/30/10 | K | | |
| 21. - (IRA) Pershing Prime Money Market | | | | | | | | | |
| 22. TRUST #1 Pershing Brokerage Account | G | Int./Div. | P1 | T | | | | | trust assets listed below |
| 23. - General MNY MKT Account | | | | | | | | | |
| 24. - Long Island Pwr Auth NY Elec 4% | | | | | Matured | 12/01/10 | M | | |
| 25. - Lower Colo River Auth Trans 5/15/2011 5.25% | | | | | | | | | |
| 26. - Puerto Rico Mun Fin Agy G/O 8/1/2011 | | | | | | | | | |
| 27. - Austin Tex G/O Pub Impt 8/15/01 5% | | | | | | | | | |
| 28. - Charlotte-Mecklenberg Hosp Aut due 1/15/2015 | | | | | Sold | 12/28/10 | M | D | |
| 29. - Jackson Cnty Mo Spl Oblig Truman Sports | | | | | | | | | |
| 30. - Deschutes Cnty Ore Sch Dist 5.25% | | | | | | | | | |
| 31. - Cook Cnty ILL G/O Rfdg-Ser 5.25% | | | | | | | | | |
| 32. - Connecticut St Ser C 5% 11/1/21 B/E | | | | | Buy | 12/28/10 | M | | |
| 33. - Hampton VA Pub Impt-Ser A Fgic-Mbia 5% | | | | | Buy | 12/28/10 | M | | |
| 34. - Metropolitan Govt Nashville Davidson 5% | | | | | Buy | 12/28/10 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Orland Park ILL GO Bds 2002A 5% | | | | | Redeemed | 12/01/10 | M | | |
| 36. - Chicago ILL Sales Tax Rev Sale 5% | | | | | | | | | |
| 37. - Virginia St Res Auth Clean Wtr 6/13/04 5% | | | | | | | | | |
| 38. - Missouri St Brd Pub Bldgs Spl Oblg 4.5% | | | | | Buy | 08/30/10 | L | | |
| 39. - Autozone Inc 11/6/03 5.5% | | | | | Sold | 08/25/10 | K | C | |
| 40. - Union Planters Corp Sub NT 7.75% | | | | | Buy | 07/30/10 | K | | |
| 41. - Marriott Intl Inc 6/14/06 6.2% | | | | | | | | | |
| 42. - Morgan Stanley Sr NTS 5.75% | | | | | | | | | |
| 43. - Jarden Corp SR Sub Nt 7.5% | | | | | Buy | 09/13/10 | J | | |
| 44. - Jarden Corp SR Sub Nt 7.5% | | | | | Buy (add'l) | 09/17/10 | J | | |
| 45. - Starbucks Corp Sub Deb CV Sr Nt 8/23/07 6.25% | | | | | Sold | 11/15/10 | K | C | |
| 46. - McGraw-Hill Cos Inc Sr Nt 11/15/2017 5.9% | | | | | Sold | 05/21/10 | K | C | |
| 47. - Southwestern Energy Co Med Term Notes 7.125% | | | | | Buy | 05/21/10 | K | | |
| 48. - Accenture PLC Ireland Shs Cl A ACN | | | | | | | | | |
| 49. - American Tower Corp | | | | | Sold (part) | 08/18/10 | J | D | |
| 50. - Apple Inc | | | | | | | | | |
| 51. - Atlas Energy Inc | | | | | Sold | 01/04/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Automatic Data Processing Inc Com | | | | | Buy | 10/15/10 | K | | |
| 53. - Bank of America Corp | | | | | | | | | |
| 54. - BoozAllen Hamilton Hldg Corp Cl A | | | | | Buy | 11/17/10 | J | | |
| 55. - BoozAllen Hamilton Hldg Corp Cl A | | | | | Buy (add'l) | 11/30/10 | J | | |
| 56. - BoozAllen Hamilton Hldg Corp Cl A | | | | | Buy (add'l) | 12/02/10 | J | | |
| 57. - CVS Caremark Corporation | | | | | Sold | 07/19/10 | K | A | |
| 58. - Chesapeake Energy Corp | | | | | | | | | |
| 59. - Church & Dwight Co Inc | | | | | Buy | 05/24/10 | K | | |
| 60. - Church & Dwight Co Inc | | | | | Buy (add'l) | 08/19/10 | K | | |
| 61. - Cisco Systems Inc | | | | | Sold | 08/27/10 | K | | |
| 62. - Colgate Palmolive Co | | | | | | | | | |
| 63. - Walt Disney Co Holding Co | | | | | | | | | |
| 64. - Energy Transfer Partners L.P. | | | | | | | | | |
| 65. - Enterprise Products Partners L.P. | | | | | | | | | |
| 66. - Honeywell Intl Inc | | | | | | | | | |
| 67. - Humana Inc | | | | | Sold | 03/24/10 | K | B | |
| 68. - IShares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - IShares Tr Dow Jones Sel Divid Index DVY | | | | | Sold | 02/02/10 | K | | |
| 70. - JPMorgan Chase & Co | | | | | | | | | |
| 71. - Kinder Morgan Energy Partners | | | | | | | | | |
| 72. - Lowes Companies Inc | | | | | Buy (add'l) | 04/23/10 | J | | |
| 73. - Markwest Energy Partners L.P. | | | | | | | | | |
| 74. - McGraw Hill Companies | | | | | | | | | |
| 75. - Microsoft Corp | | | | | | | | | |
| 76. - Nasdaq OMX Group Inc NDAQ | | | | | Sold | 01/21/10 | K | | |
| 77. - Newell Rubbermaid Inc Com | | | | | Buy | 01/21/10 | J | | |
| 78. - Newell Rubbermaid Inc Com | | | | | Buy (add'l) | 02/05/10 | J | | |
| 79. - Plains All American Pipeline L.P. | | | | | | | | | |
| 80. - Proshares UltraShort Lehman 20+ yr TBT | | | | | | | | | |
| 81. - Research in Motion LTD | | | | | Sold | 10/15/10 | K | | |
| 82. - Schlumberger LTD | | | | | Buy (add'l) | 02/02/10 | J | | |
| 83. - Schlumberger LTD | | | | | Buy (add'l) | 04/23/10 | J | | |
| 84. - Target Corp | | | | | | | | | |
| 85. - TransOcean LTD | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Thermo Fisher Scientific Inc | | | | | Sold (part) | 07/07/10 | K | | |
| 87. - Vale S A Spons ADR | | | | | | | | | |
| 88. - Williams Partners L.P. | | | | | | | | | |
| 89. - WisdomTree Trust | | | . | | Buy (add'l) | 02/02/10 | K | | sale in same period |
| 90. - WisdomTree Trust | | | | | Sold | 09/23/10 | K | A | |
| 91. TRUST #2 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 92. -General MNY MKT Account | | | | | | | | | |
| 93. -Accenture PLC Ireland Sh Cl A | | | | | | | | | |
| 94. -American Tower Corp | | | | | Sold (part) | 10/28/10 | J | A | |
| 95. -Apple Inc | | | | | | | | | |
| 96. -Automatic Data Processing Inc Com | | | | | Buy | 10/15/10 | J | | |
| 97. -Bank of America Corp | | | | | | | | | |
| 98. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Buy | 11/17/10 | J | | |
| 99. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Buy | 11/30/10 | J | | |
| 100. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Buy | 12/02/10 | J | | |
| 101. -CVS CareMark Corporation | | | | | Sold | 07/19/10 | J | A | |
| 102. -Chesapeake Energy Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Church & Dwight Co Inc | | | | | Buy | 05/24/10 | J | | |
| 104. -Church & Dwight Co Inc | | | | | Buy | 08/19/10 | J | | |
| 105. -Cisco Systems Inc | | | | | Sold | 08/27/10 | J | | |
| 106. -Colgate Palmolive Co | | | | | | | | | |
| 107. -Walt Disney Co Holding Co | | | | | | | | | |
| 108. -Honeywell Intl Inc | | | | | | | | | |
| 109. -ALPS ETF Tr Alerian Mlp Etf | | | | | Buy | 12/08/10 | J | | |
| 110. -Ishares Tr Barclays TIPS Bd Fd TIP | | | | | Buy | 02/12/10 | J | | |
| 111. -Ishares Trust MSCI Emerging Markets Fd EEM | | | | | Buy (add'l) | 03/01/10 | J | | |
| 112. -Ishares Tr FTSE Xinhua China 25 Index Fd FXI | | | | | | | | | |
| 113. -Ishares Tr S&P Midcap 400 Value Index Fund | | | | | Buy | 12/08/10 | J | | |
| 114. -Humana Inc | | | | | Sold | 03/24/10 | J | A | |
| 115. -JPMorgan Chase & Co | | | | | | | | | |
| 116. -Kinder Morgan Energy Partners LTD partnershp | | | | | | | | | |
| 117. -Lowes Companies Inc | | | | | Buy (add'l) | 04/23/10 | J | | |
| 118. -McGraw Hill Companies | | | | | | | | | |
| 119. -MicroSoft Corp | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Nasdaq OMX Group Inc NDAQ | | | | | Sold | 01/21/10 | J | | |
| 121. -Newell Rubbermaid Inc Com | | | | | Buy | 01/21/10 | J | | |
| 122. -Newell Rubbermaid Inc Com | | | | | Buy (add'l) | 02/05/10 | J | | |
| 123. -ProShares UltraShort Lehman20+ year TBT | | | | | | | | | |
| 124. -Omnicom Group Inc | | | | | | | | | |
| 125. -Research in Motion LTD | | | | | Sold | 10/15/10 | J | | |
| 126. -Schlumberger LTD | | | | | Buy (add'l) | 02/19/10 | J | | |
| 127. -Target Corp | | | | | | | | | |
| 128. -TransOcean LTD | | | | | Buy (add'l) | 05/27/10 | J | | |
| 129. -Thermo Fisher Scientific Inc | | | | | | | | | |
| 130. -Vale S A Spons ADR | | | | | | | | | |
| 131. -WisdomTree Trust DOO | | | | | | | | | |
| 132. TRUST #3 Pershing Brokerage Account | D | Int./Div. | N | T | | | | | trust assets listed below |
| 133. -General MNY MKT Account | | | | | | | | | |
| 134. -American Tower Corp Cl A | | | | | Sold (part) | 08/18/10 | J | B | |
| 135. -Accenture PLC Ireland Shs Cl A | | | | | | | | | |
| 136. -Apple Inc | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -Automatic Data Processing Inc Com | | | | | Buy | 10/15/10 | J | | |
| 138. -Bank of America Corp | | | | | | | | | |
| 139. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Buy | 11/17/10 | J | | |
| 140. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Buy | 11/30/10 | J | | |
| 141. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Buy | 12/02/10 | J | | |
| 142. -CVS CareMark Corp | | | | | Sold | 07/19/10 | J | A | |
| 143. -Chesapeake Energy Corp | | | | | | | | | |
| 144. -Church & Dwight Co Inc | | | | | Buy | 05/24/10 | J | | |
| 145. -Church & Dwight Co Inc | | | | | Buy | 08/19/10 | J | | |
| 146. -Cisco Systems Inc | | | | | Sold | 08/27/10 | J | | |
| 147. -Colgate Palmolive Co | | | | | | | | | |
| 148. -Walt Disney Co Holding Co | | | | | | | | | |
| 149. -Honeywell Intl Inc | | | | | | | | | |
| 150. -ALPS ETF Tr Alerian Mlp Etf | | | | | Buy | 12/08/10 | K | | |
| 151. -Ishares Tr Barclays TIPS BD Fd | | | | | Buy | 02/12/10 | K | | |
| 152. -IShares Trust MSCI Emerging Markets Index EEM | | | | | Buy (add'l) | 03/01/10 | J | | |
| 153. -IShares Tr FTSE Xinhua Hk China 25 Index Fd FXI | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -IShares Tr S&P Midcap 400 Value Index Fd | | | | | Buy | 12/08/10 | L | | |
| 155. -Humana Inc | | | | | Sold | 03/24/10 | J | A | |
| 156. -JPMorgan Chase & Co | | | | | | | | | |
| 157. -Kinder Morgan Energy Partners LP | | | | | | | | | |
| 158. -Lowes Companies Inc | | | | | Buy (add'l) | 04/23/10 | J | | |
| 159. -McGraw Hill Companies | | | | | | | | | |
| 160. -MicroSoft Corp | | | | | | | | | |
| 161. -NASDAQ OMX Group Inc NDAQ | | | | | Sold | 01/21/10 | J | | |
| 162. -Newell Rubbermaid Inc Com | | | | | Buy | 01/21/10 | J | | |
| 163. -Newell Rubbermaid Inc Com | | | | | Buy | 02/05/10 | J | | |
| 164. -ProShares UltraShort Lehman 20+ year TBT | | | | | | | | | |
| 165. -Omnicom Group Inc | | | | | | | | | |
| 166. -Research in Motion LTD | | | | | Sold | 10/15/10 | J | | |
| 167. -Schlumberger LTD | | | | | Buy (add'l) | 02/19/10 | J | | |
| 168. -Target Corp | | | | | | | | | |
| 169. -TransOcean LTD | | | | | Buy (add'l) | 05/27/10 | J | | |
| 170. -Thermo Fisher Scientific Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. -Vale S A Spons ADR | | | | | | | | | |
| 172. -WisdomTree Trust DOO | | | | | | | | | |
| 173. TRUST #4 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 174. -General MNY MKT Account | | | | | | | | | |
| 175. -ALPS Etf Tr Alerian MLP Etr | | | | | Buy | 12/06/10 | K | | |
| 176. -Claymore BNY Bric ETF | | | | | | | | | |
| 177. -IShares Barclays TIPS Bd Fd | | | | | Buy | 02/12/10 | J | | |
| 178. -IShares Trust Dow Jones US Telecom IYZ | | | | | | | | | |
| 179. -IShares Trust MSCI Emerging Markets Index fd EEM | | | | | | | | | |
| 180. -IShares Tr S&P Midcap 400 Value | | | | | Buy | 12/08/10 | J | | |
| 181. -IShares Tr Dow Jones Sel Divid Index Fd DVY | | | | | Sold | 02/17/10 | J | | |
| 182. -IShares Tr FTSE Xinhua HK China 25 Index FXI | | | | | | | | | |
| 183. -Kayne Anderson MLP Invt Co | | | | | Sold | 12/06/10 | K | | |
| 184. -Select Sector SPDR Amex Utilities Select XLU | | | | | | | | | |
| 185. -Sector SPDR Trust Industrial XLI | | | | | | | | | |
| 186. -Sector SPDR Trust Technology XLK | | | | | | | | | |
| 187. -Sector SPDR Financial XLF | | | | | Buy (add'l) | 02/17/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Select Sector SPDR Trust Energy XLE | | | | | | | | | |
| 189. -Select Sector SPDR Consumer Discret XLY | | | | | | | | | |
| 190. -Select Sector SPDR Tr Health Care XLV | | | | | | | | | |
| 191. -Select SPRD Trust Consumer Staples XLP | | | | | | | | | |
| 192. -Select Sector SPDR Int Materials XLB | | | | | | | | | |
| 193. -WisdomTree Trust Top 100 Fd DOO | | | | | Buy (add'l) | 02/17/10 | J | | |
| 194. TRUST #5 Pershing Brokerage Account | B | Int./Div. | M | T | | | | | trust assets listed below |
| 195. -General MNY MKT Account | | | | | | | | | |
| 196. -ALPS Etf Tr Alerian MLP Etf | | | | | Buy | 12/06/10 | J | | |
| 197. -Claymore BNY Bric ETF | | | | | | | | | |
| 198. -IShares Tr Barclays TIPS Bd Fd | | | | | Buy | 02/12/10 | J | | |
| 199. -Ishares Trust Dow Jones US Telecomm Sector IYZ | | | | | | | | | |
| 200. -Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | | | | | |
| 201. -IShares Tr S&P Midcap 400 Value | | | | | Buy | 12/08/10 | J | | |
| 202. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | Sold | 02/11/10 | J | | |
| 203. -Ishares Tr FTSE Xinhua HK China 25 Index FXI | | | | | | | | | |
| 204. -Kayne Anderson MLP INVT Co | | | | | Sold | 12/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. -Select Sector SPDR Amex Utilities XLU | | | | | | | | | |
| 206. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | | | | | |
| 207. -Sector SPDR Trust Shs ben int Technology XLK | | | | | | | | | |
| 208. -Sector SPDR Trust Financial XLF | | | | | Buy (add'l) | 02/11/10 | J | | |
| 209. -Select Sector SPDR Trust Shs ben int Energy XLE | | | | | | | | | |
| 210. -Select Sector SPDR Fund Consumer Discretionary XLY | | | | | | | | | |
| 211. -Select Sector SPDR Fd Health Care XLV | | | | | | | | | |
| 212. -Sector SPDR Trust Consumer Staples XLP | | | | | | | | | |
| 213. -Select Sector SPDR Fd Materials XLB | | | | | | | | | |
| 214. -WisdomTree Trust Intl Div 100 Fd DOO | | | | | Buy (add'l) | 02/11/10 | J | | |
| 215. Trust #6 Pershing Brokerage Account | A | Int./Div. | K | T | | | | | trust assets listed below |
| 216. -General MNY MKT Account | | | | | | | | | |
| 217. -ALPS Etr Tr Alerian MLP Etf | | | | | Buy | 12/06/10 | J | | |
| 218. -Claymore BNY Bric ETF EEB | | | | | | | | | |
| 219. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 220. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | Sold | 02/17/10 | J | | |
| 221. -Ishares Tr FTSE Xinhua HK China 25 Index Fd FXI | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -IShares Tr S&P MidCap 400 Value | | | | | Buy | 12/08/10 | J | | |
| 223. -Kayne Anderson MLP INVT Co | | | | | Sold | 12/06/10 | J | | |
| 224. -Standard & Poors Depository Receipts SPDRS SPY | | | | | Buy (add'l) | 02/17/10 | J | | |
| 225. -WisdomTree Tr Intl Divid Ex Finls Fd | | | | | Buy | 02/17/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herndon, David R. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

JP Morgage Brokerage Accounts (fka: Bear Stearns Brokerage accounts) changed names to Pershing Brokerage accounts as reflected on the following lines:

IRA account summarized on line 2
Trust #1 on line 22
Trust #2 on line 91
Trust #3 on line 132
Trust #4 on line 173
Trust #5 on line 194
Trust #6 on line 215

Pershing is an affiliate of the Bank of New York Mellon.

Lines 6-9 fractional shares of First Horizon National Corp: Instead of paying cash dividends, First Horizon issued fractional shares of stock. The fractional shares have no monetary value and no market until they accumulate to equal a full share
Lines 10-13 fractional shares of Kinder Morgan Mgmt: Instead of paying cash dividends, Kinder Morgan issued fractional shares of stock. The fractional shares have no monetary value and no market until they accumulate to equal a full share.

Lines 21, 23, 92, 133, 174, 164, 216 General MNY MKT Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments. Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

All trust assets are accounted for herein. According to your instructions, the aggregate income and values were reported on lines 31, 92, 127, 163, 182 and 201. Identification of the trusts was omitted for security purposes, but will be provided if requested. Naturally, the records of each individual trust are available for the committee's inspection upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544